# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING: Case No. ☒ SEALED?

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
Sacramento, California

2:25-mj-0122 AC

**OFFENSE CHARGED**
Felon in possession of ammunition; and Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT – – U.S. vs.**
MARVIN MUTCH

**U.S.C. Citation**
18 U.S.C. § 922(g)(1); and
18 U.S.C. § 2252(a)(4)(B); and

Address: 1208 Amador St. Vallejo, CA 94590

**SEALED**

☒ Male ☐ Female
☐ Alien (if applicable)

Place of offense: Solano County
Birth Date: 06/22/1956

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): JUFB - FBI

**DEFENDANT IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☒ State

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense   SHOW DOCKET NO.

If answer to (6) is "Yes," show name of institution

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under   MAGISTRATE JUDGE CASE NO.

Has detainer been filed? ☐ Yes ☐ No   If "Yes," give date filed   Mo. Day Year

**DATE OF ARREST**
Or . . . if Arresting Agency & Warrant were not Federal   Mo. Day Year

Name and Office of Person Furnishing Information on THIS FORM: FBI SA Carla Ceccon

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ U.S. Att'y ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Sam Stefanki

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**
NO PROCESS NECESSARY