ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Aug 29, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                         Plaintiff, <br><br>             v. <br><br> MARVIN MUTCH, <br><br>                         Defendant. | CASE NO. 2:25-mj-0122 AC <br><br> [PROPOSED] SEALING ORDER <br><br> **UNDER SEAL** |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of the Court.

Dated: August 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE