AO 442 (Rev. 11/11) (modified) Arrest Warrant                                      FID 11854543

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25-mj-0122 AC |
| Marvin Mutch | ) | |
| Defendant | ) | |

FILED
Sep 12, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Marvin Mutch,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1);

Possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4).

Date: August 29, 2025

*Issuing officer's signature* — Allison Claire

City and state: Sacramento, California

Allison Claire, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/29/25, and the person was arrested on *(date)* 9/11/25
at *(city and state)* VALLEJO, CA.

Date: 9/12/25

*Arresting officer's signature*

CARLA CECCON   FBI SPECIAL AGENT
*Printed name and title*