ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-MJ-00122-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| MARVIN MUTCH, | DATE: October 31, 2025 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Sam Stefanki, and defendant Marvin Mutch, both individually and by and through his counsel of record, Assistant Federal Defender Noa Oren, hereby stipulate as follows:

1. The complaint in this case was filed on August 29, 2025, and the defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 12, 2025. By previous order, the Court set a preliminary hearing date of October 31, 2025.

2. By this stipulation, the parties move for an extension of time of the preliminary hearing date to December 12, 2025, at 2:00 p.m., before the duty magistrate judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case.

3. Specifically, the government has already produced over 500 pages of discovery, as well as a voluminous amount of electronic evidence seized during execution of various search warrants. The

defense is currently in the process of transferring this electronic evidence to a forensic expert based in Washington for review and analysis. Additionally, and at the defendant's request, the government earlier this week produced further discovery consisting of returns from other items of legal process as well as a report issued by the National Center for Missing and Exploited Children that contains dozens of pages of relevant Internet Protocol address information. In order to adequately advise the defendant on possible defense strategies, counsel for the defendant desires additional time to review this evidence prior to the scheduled preliminary hearing and prior to any possible presentation of an indictment to a grand jury.

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, the parties request that the time between October 31, 2025, and December 12, 2025, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: October 22, 2025

ERIC GRANT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: October 22, 2025

/s/ NOA OREN
NOA OREN
Counsel for Defendant
MARVIN MUTCH

IT IS SO ORDERED

Dated: October 23, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE