ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN MUTCH,<br><br>Defendant. | CASE NO. 2:25-MJ-00122-AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: January 16, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Chi Soo Kim |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Sam Stefanki, and defendant Marvin Mutch, both individually and by and through his counsel of record, Assistant Federal Defender Noa Oren, hereby stipulate as follows:

1. The complaint in this case was filed on August 29, 2025, and the defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 12, 2025. By previous order, the Court set a preliminary hearing date of January 16, 2026.

2. By this stipulation, the parties move for an extension of time of the preliminary hearing date to February 6, 2026, at 2:00 p.m., before the duty magistrate judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case.

3. Specifically, the government has already produced over 500 pages of discovery, as well as a voluminous amount of electronic evidence seized during execution of various search warrants. The

1  defense retained a forensic expert based in Washington to review and analyze this digital evidence,

2  which is ongoing. Additionally, the defense continues to review additional discovery recently produced

3  by the government at the defense's request, including returns from other items of legal process as well as

4  a report issued by the National Center for Missing and Exploited Children containing dozens of pages of

5  relevant Internet Protocol address information.

6　　　　4.　　In order to adequately advise the defendant on possible defense strategies, counsel for the

7  defendant desires additional time to review this evidence prior to the scheduled preliminary hearing and

8  prior to any possible presentation of an indictment to a grand jury. Counsel for the defendant also desires

9  additional time to engage in discussions with the government about possible resolutions to the case that

10 would obviate the need to present an indictment to a grand jury.

11　　　　5.　　The parties agree that good cause exists for the extension of time, and that the extension

12 of time would not adversely affect the public interest in the prompt disposition of criminal cases. The

13 parties further agree that the interests of justice served by granting this continuance outweigh the best

14 interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, the

15 parties request that the time between January 16, 2026, and February 6, 2026, be excluded pursuant to

16 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

17

18　　　　IT IS SO STIPULATED.

19

20　Dated: January 12, 2026　　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
21

22　　　　　　　　　　　　　　　　　　　　　　　　/s/ SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　　　　　　SAM STEFANKI
23　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

24

25　Dated: January 12, 2026　　　　　　　　　　　/s/ NOA OREN
　　　　　　　　　　　　　　　　　　　　　　　　　NOA OREN
26　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　MARVIN MUTCH
27

28

STIPULATION                             2