AO 442 (Rev. 11/11) (modified) Arrest Warrant

FID 11854543

# UNITED STATES DISTRICT COURT
### for the

_Eastern_  District of  _California_

FILED

**Jan 29, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USMS SACRAMENTO RCVD
AUG 29 2025 PM3:36

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| | ) | 2:25-mj-0122 AC |
| Marvin Mutch | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ _____Marvin Mutch_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1);

Possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4).

Date:    ___August 29, 2025___                    _____
                                                                                 _Issuing officer's signature_

City and state:    ___Sacramento, California___           ___Allison Claire, United States Magistrate Judge___
                                                                                              _Printed name and title_

---

|  | **Return** |  |
|---|---|---|
| This warrant was received on _(date)_ 8/29/25 , and the person was arrested on _(date)_ 9/11/25 | | |

at _(city and state)_  Vallejo, CA .

Date:  1/22/24                        _____
                                                           _Arresting officer's signature_

                                                           Alan Yao - SDUSM
                                                           _____, United States Magistrate Judge
                                                           _Printed name and title_